# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2020

158798

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MEDICAL ALTERNATIVES,
      Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.
_____/

SC: 158798
COA: 340561
Washtenaw CC: 15-000751-NF

By order of May 28, 2019, the application for leave to appeal the November 1, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *W A Foote Mem Hosp v Mich Assigned Claims Plan* (Docket No. 156622). On order of the Court, the case having been decided on October 25, 2019, 504 Mich 985 (2019), the application is again considered and, it appearing to this Court that the cases of *Pearce v Eaton Co Rd Comm* (Docket No. 158069) and *Brugger v Midland Co Bd of Rd Comm'rs* (Docket No. 158304) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2020



a0505

Clerk